# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132128

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SHERROD DARREL PIGEE,
     Defendant-Appellant.

SC: 132128
COA: 270511
Genesee CC: 05-015946-FH

_____/

     On order of the Court, the application for leave to appeal the July 27, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2007

t0124

_____
Clerk